NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LISA KAY LOVELESS,                              )
                                                )
           Appellant,                           )
                                                )
v.                                              )        Case No. 2D17-4067
                                                )
DEPARTMENT OF HEALTH, BOARD                     )
OF NURSING,                                     )
                                                )
           Appellee.                            )
_____ )

Opinion filed August 29, 2018.

Appeal from the Department of Health.

Lisa Kay Loveless, pro se.

Christine E. Lamia, Chief Appellate Counsel,
and Katelyn R. Levine, Assistant General
Counsel, Department of Health,
Tallahassee, for Appellee.


PER CURIAM.


           Affirmed.


VILLANTI, SLEET, and LUCAS, JJ., Concur.